IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01919-PAB

ANTHONY J. LUCERO,

     Applicant.

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

     The issue before the Court is Applicant's "Motion Seeking Permission to Send Only Original to Court on all Future Filing/Pleadings." [Docket No. 23].  The Motion is denied as unnecessary since only an original is required.  According to D.C.COLO.LCivR 10.1L, "[e]xcept for papers filed by facsimile pursuant to D.C.COLO.LCivR 5.1A. and filings made electronically pursuant to D.C.COLO.LCivR 5.6A., an original paper shall be filed with the court."

     Dated:  February 22, 2013.