IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01919-RPM

ANTHONY J. LUCERO,

      Applicant,

v.

ANGEL MEDINA, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

_____

MINUTE ORDER
_____

**ENTERED BY DISTRICT JUDGE RAYMOND P. MOORE**

      It is HEREBY ORDERED that the Supplemental Motion to Alter or Amend Judgment

[Doc. # 42], filed by Applicant on June 17, 2013, is DENIED for the reasons stated in the June

17, 2013 Order Denying Motion to Reconsider [Doc. # 40].  It is

      FURTHER ORDERED that Applicant's Motion for Appointment of Counsel for Further

Proceedings or Appeal [Doc. # 41] is DENIED.  If Applicant files a Notice of Appeal, he may

file a motion for appointment of counsel in the Court of Appeals for the Tenth Circuit.

DATED: July 2, 2013.

                   BY THE COURT:

                   _____

                   RAYMOND P. MOORE
                   United States District Judge