IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Civil Action No. 12-cv-01919-RM

ANTHONY J. LUCERO,

    Applicant,

v.

ANGEL MEDINA, Warden, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

RAYMOND P. MOORE, District Judge

    Applicant has submitted a "Motion to Proceed in Forma Pauperis on Appeal" [Doc. # 44]. The Court has examined the file and has determined that the motion is deficient because it is not submitted on the court-approved form. In addition, pursuant to 28 U.S.C. § 1915(a)(3), the Court finds that this appeal is not taken in good faith because Applicant has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

    ORDERED that the "Motion to Proceed in Forma Pauperis on Appeal" [Doc. # 44] is denied.

    DATED at Denver, Colorado this 16th day of July, 2013.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge